UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL McGORE,

        Plaintiff,        Case No. 1:12-cv-1273

v.        Honorable Paul L. Maloney

UNKNOWN HALFWAY et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:   January 17, 2013                /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           Chief United States District Judge